# Exhibit 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRANDON VERRETT, Individually and on behalf of all others similarly situated | CIVIL ACTION |
| Plaintiff | NO. 20-CV-01035-GGG-KWR |
| VERSUS | |
| PELICAN WASTE AND DEBRIS, LLC | JUDGE GREG G. GUIDRY |
| Defendant. | MAG. JUDGE KAREN WELLS ROBY |

**DEFENDANT'S REVISED FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFFS KEWIN KNIGHTEN, ERICA BROWN, MICHAEL LAMARK, SANDRA GREEN, AND DIONE SOUTHALL**

**PLEASE TAKE NOTICE** that pursuant to Rule 34, Fed. R. Civ. P., and to the verbal Order of the Court on August 5, 2020, Defendant Pelican Waste and Debris, LLC, serves on Plaintiffs, Kewin Knighten, Erica Brown, Michael Lamark, Sandra Green, and Dione Southall, this Revised First Request for Production of Documents to which they shall respond individually, in writing, within the time allotted by the Court's Order.

I.   **Definitions**

1. The term "concerning" shall mean relating to, referring, describing, evidencing, constituting, reflecting, or in any way logically or factually connecting with the matter discussed.

2. The term "Complaint" refers to the Complaint filed in this action.

3. Terms such as "you" and "your" shall refer to each of the above-mentioned Plaintiffs individually, as well as each plaintiff's agent, attorneys, investigators, and anyone else acting or purporting to act on his or her behalf.

4. The "Relevant Period" shall mean the period beginning with the alleged hiring of the responding Plaintiff by Defendant to the present.

5. "Communication" is used in its broadest sense to encompass without limitation of its generality, statements, discussions, conversations, speeches, meetings, remarks, questions,

4811-2930-0679.1

answers, panel discussions, and symposia or any other transmittal of information in the form of acts, ideas, inquiries, or otherwise, whether written, oral or otherwise. The term further includes, without limitation, both communications and statements which are face-to-face and those which are transmitted by media such as intercom, telephone, television, radio, or computer.

6. "Document" or "documents" is used in its broadest sense as set forth in F.R.C.P. 34 and includes writings, drawings, graphs, charts, photographs, phono-records, and other data compilations from which information can be obtained as well as any written, printed, typed, recorded, reported, pictorial, or graphic matter of every kind and description, both original and copies and all attachments and appendices. Without limiting the foregoing, the terms "document" and "documents" shall include all agreement, contracts, communications, correspondence, letters, opinion letters, telegrams, telexes, telefaxes, messages, memoranda, records, reports, books, summaries or other records of telephone conversations or interviews, summaries or other records of personal conversations or interviews, minutes, summaries, or other records of meetings and conferences, statements obtained from witnesses, summaries or other records of negotiations, other summaries, diaries, diary entries, calendars, appointment books, time records, instructions, work assignments, forecasts, progress reports, statistical data, statistical statements, financial statements, worksheets, work papers, drafts, graphs, charts, tables, accounts, analytical records, consultants' and experts' reports, appraisals, bulletins, notes, notices, marginal notations, notebooks, telephone records, bills, statements, records of obligation and expenditure, invoices, lists, journals, printouts, compilation, tabulations, analyses, studies, surveys, expense reports, microfilm, microfiche, tape or disc recordings, sound recordings, video recordings, film, tape, photographs, programs and data compilations from which information can be obtained (including matter used in data processing), and other printed, written, handwritten, typewritten, recorded, stenographic, computer-generated, computer stored (including e-mail), magnetically-stored, optically-stored, or electronically stored matter, however and by whomever produced, prepared, reproduced, disseminated, or made. The words, "document" and "documents" also include all copies of documents by whatever means made, except that where a document is produced, identical copies of it that do not contain any markings, additions, or deletions that are different from the original do not have to be separately produced.

7. Copies of "documents" that contain any markings, additions, deletions, or any other change from the original, whether material or minor changes, constitute separate documents.

8. "Control" with respect to "documents" as used in these Requests for Production of Documents includes, but is not limited to, any document wherein you have possession or have the right to secure the document, or a copy thereof, from another person, whether a party or otherwise, or from a public or private entity having actual physical possession thereof.

9. "All Documents" means every document within a stated category that is within your possession, custody, or control if you have the ability to require production of the document from someone else, whether because of an employment relationship, contract, or otherwise.

10. Documents or communications that "relate to" a given subject means all documents or communications that constitute, contain, embody, comprise, reflect, identify, state, refer to, deal with, comment on, respond to, describe, analyze, or are in any way pertinent to that subject, including, without limitation documents concerning the presentation of other documents.

## II.   Instructions

1. The relevant time period for each document request is the Relevant Period identified above.

2. If the responding Plaintiff cannot respond to any of these requests in full after exercising diligence to secure the information and/or documents, the Plaintiff should so state and respond to the extent he or she can, also stating what information and/or documents he or she cannot provide and why he or she cannot provide the remaining information and/or documents.

3. These document requests are deemed continuing so as to require prompt supplemental answers, should the Plaintiff or the Plaintiff's agents or attorneys obtain further or supplemental information between the time the answers are served and the date of trial.

4. Each request requires that each Plaintiff provide all information and documents available, including information and documents in the actual or constructive possession, custody, or control of the Plaintiff and his or her agents, employees, attorneys, investigators, or anyone acting or purporting to act on her behalf.

## III.  Documents Requested

1. All documents concerning, reflecting, referring, or relating to your relationship with Defendant during the Relevant Period, including without limitation, job applications, performance evaluations, criticisms, promotions, compensation increases or decreases, memos, policies, contracts, employee handbooks, offers, correspondence, email communications, terminations, and notices received.

2. All documents concerning any alleged failure by the Defendant to pay appropriate wages to you, including the deduction of a meal period from your compensation and the failure to pay pre-trip and post-trip vehicle inspection time.

3. All documents concerning any complaints or communications between you and any other person (including but not limited to Defendant; any other employee, representative, or agent

of the Defendant; any friend; and government employee; etc.) with respect to any alleged failure by Defendant to pay appropriate wages (including the deduction of a meal period from your compensation and the failure to pay pre-trip and post-trip vehicle inspection time), any investigation or remedial action undertaken as a result thereof, or any other issue regarding your wages from Defendant or this lawsuit.

4. All Statements, affidavits, and audio and video recordings made by you or on your behalf, or that are in your possession, custody, or control relating to any subject matter of the Complaint.

5. All documents concerning pay received by you during your alleged employment with the Defendant, including but not limited to wage statements, notices, paystubs, logs, records of tips earned and/or received, and bank statements or deposit slips evidencing deposits of wages.

6. All documents concerning your work schedules or work hours during your alleged employment with Defendant, including but not limited to time sheets, clock-in/clock-out records, and any correspondence regarding same.

7. All documents concerning in any way your work duties, obligations, and requirements while employed by the Defendant, including any duties you believed were incidental to your occupation.

8. All documents concerning your claims for damages against Defendant including the nature and specific amount of each category of damages sought or the calculation thereof.

9. All notes, diaries, journals, calendars, appointment books, schedules, other written records, videos, and electronic records made by you during the Relevant Period pertaining in any

respect to your alleged employment or compensation, the facts underlying the allegations of the Complaint, and/or the damages sought herein including any efforts to mitigate damages.

10. Duly executed authorizations (attached hereto) to any federal, state, or local governmental authority to which you applied for benefits including, without limitation, workers' compensation benefits, disability benefits, and/or Social Security benefits during the Relevant period.

11. All documents concerning any complaint, if any, by you arising out of your alleged relationship with Defendant including, without limitation, all documents submitted by you or on your behalf to any federal, state, or local administrative agency, including, but not limited to, the Louisiana Department of Labor.

12. Duly executed authorizations for the records of any other employment position held by you during the Relevant Period, authorizations attached hereto.

13. All documents requested to be identified in response to any interrogatories served herewith and all documents identified in response thereto.

14. All documents which demonstrate, directly or indirectly, the Defendant's alleged actionable conduct with respect to you or any other employee.

15. Copies of your federal, state, and local income tax returns from 2014 to the present including, without limitation, all W-2s and/or 1099s and duly executed unrestricted authorizations to obtain same from the Internal Revenue Service and the Louisiana Department of Revenue, authorizations attached hereto.

16. All text messages and e-mail correspondence relating to your employment with, or work assignments for, Defendant.

17. All statements for all credit or debit cards used by you at any time during the Relevant Period.

18. All documents which regard or reflect any day you worked for Defendant and took a "30-minute meal period" or stopped work for any amount of time to eat a meal or for any other purpose, including but not limited to run a person errand.

19. All documents which regard or reflect any day you worked for Defendant and did not take a "30-minute meal period," or your reason for not taking off a "meal period".

20. All documents which regard or reflect any day you worked for Defendant and performed a "pre-trip inspection" or "post-trip inspections" "on-the-clock".

21. All documents which regard or reflect any day you worked for Defendant and performed a "pre-trip inspection" or "post-trip inspections" "off-the-clock", or your reasons for failing to work each such inspection "on-the-clock".

22. All documents which regard or relate in any way to any instruction you received to take off of work or not to take off work for a "30-minute meal period" any day you were employed by Defendant.

23. All documents which regard or relate in any way to any instruction you received that you should perform your "pre and post-trip inspections" "on-the-clock" or "off-the-clock".

24. All route books, Delivery Receipt-Service Receipts, driver vehicle inspection reports, and similar documents regarding your work for Defendant.

25. To the extent not already provided, all other documents, communications, electronically stored information and tangible things which are within your actual or constructive custody, possession, or control which relate to, support or refute any allegation, claim or issue in this litigation.

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Thomas J. Cortazzo*

_____
Thomas J. Cortazzo, T.A. (#18174)
Michael Thompson (NJ Bar #3722000)(PHV forthcoming)
Caroline J. Sanches (#37295)
400 Poydras Street, Suite 1300
New Orleans, LA 70130
Telephone: 504-322-4100
Facsimile: 504-754-7569

*Attorneys for Defendant,*
*Pelican Waste and Debris, LLC*

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing pleading has been served upon all counsel of record using email and U.S. mail, this 10th day of August, 2020.

*/s/ Thomas J. Cortazzo*

_____
THOMAS J. CORTAZZO

## AUTHORITY TO RELEASE EMPLOYMENT, PERSONNEL AND PAYROLL RECORDS, REPORTS AND INFORMATION

TO:

      The undersigned hereby authorizes you to release any and all records, reports and information concerning my employment to LEWIS BRISBOIS BISGAARD & SMITH, LLP, 400 Poydras Street, Suite 1300, New Orleans, LA 70130, or their duly authorized agents and representatives, including, but not limited to, my personnel file, applications for employment, work evaluation reports, training records, leave records, time clock records, payroll records and registers, W-2s, benefits packages, overtime records, tests administered and results, promotion records, workers' compensation records, including benefits paid, medical records contained therein, unemployment compensation records, and any and all other documents or information relating to my employment, past or present.

      I hereby expressly waive any policies, laws, regulations and rules of ethics which might prevent any person or entity from releasing the foregoing information, and I request that you freely communicate with these attorneys provided, of course, the same is without expense to me. A duplicate set of all records will be provided upon request of and reasonable cost to the undersigned's counsel.

A PHOTOSTATIC COPY OF THIS AUTHORIZATION, WHICH CONTAINS MY SIGNATURE, SHALL BE CONSIDERED AS EFFECTIVE AND VALID AS THE ORIGINAL AND SHALL BE HONORED BY THOSE TO WHOM IT IS SENT OR PROVIDED.

      Dated this _____ day of _____, 2020.

_____
NAME

X_____
SIGNATURE

X_____
DATE OF BIRTH

X_____
SOCIAL SECURITY NO.

4819-5578-4868.1

## AUTHORIZATION TO OBTAIN

## WORKER'S COMPENSATION COMPENSATION RECORDS

TO:

    The undersigned agrees that production of his claims for unemployment compensation and records relating to his/her claims for unemployment compensation may be relevant to his/her lawsuit, therefore, the undersigned requests the Louisiana Office of Worker's Compensation to release to Thomas Cortazzo, Esq. of Lewis Brisbois Bisgaard & Smith, LLP, 400 Poydras Street, Suite 1320, New Orleans, LA 70130, all records of his/her claims for worker's compensation, without limitation, workers' compensation benefits, disability benefits, and/or Social Security benefits during the Relevant period., applications or other documents signed by him/her, medical records, letters, memoranda, transcriptions of proceedings, benefit applications and/or records of payments by the Louisiana Office of Worker's Compensation. The undersigned agrees to waive any privilege against disclosure which he/she might have under the laws of Louisiana, under the Federal Rules of Evidence, and/or the laws of any other state, but reserves the right to object to the admissibility of such records in any proceeding in any court and/or administrative proceeding.

    The undersigned releases the Louisiana Office of Worker's Compensation and their employees from any liability which they might have arising out of their release of the aforementioned information or documents.

    The undersigned agrees that a photocopy of this document shall have the same force and effect as an original.

_____       _____
                                                    SIGNATURE

                                                     _____
                                                    NAME

_____
DATE                                          _____
                                                    DATE OF BIRTH

                                                    _____
                                                    SoCIAL SECURITY NUMBER

                                                    _____

4811-9372-5383.1

Form **4506**
(March 2019)
Department of the Treasury
Internal Revenue Service

# Request for Copy of Tax Return

▶ Do not sign this form unless all applicable lines have been completed.
▶ Request may be rejected if the form is incomplete or illegible.
▶ For more information about Form 4506, visit *www.irs.gov/form4506*.

OMB No. 1545-0429

**Tip.** You may be able to get your tax return or return information from other sources. If you had your tax return completed by a paid preparer, they should be able to provide you a copy of the return. The IRS can provide a **Tax Return Transcript** for many returns free of charge. The transcript provides most of the line entries from the original tax return and usually contains the information that a third party (such as a mortgage company) requires. See **Form 4506-T, Request for Transcript of Tax Return,** or you can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." or call 1-800-908-9946.

**1a** Name shown on tax return. If a joint return, enter the name shown first.

**1b** First social security number on tax return, individual taxpayer identification number, or employer identification number (see instructions)

**2a** If a joint return, enter spouse's name shown on tax return.

**2b** Second social security number or individual taxpayer identification number if joint tax return

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

**4** Previous address shown on the last return filed if different from line 3 (see instructions)

**5** If the tax return is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number.

**Caution:** If the tax return is being mailed to a third party, ensure that you have filled in lines 6 and 7 before signing. Sign and date the form once you have filled in these lines. Completing these steps helps to protect your privacy. Once the IRS discloses your tax return to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your return information, you can specify this limitation in your written agreement with the third party.

**6** **Tax return requested.** Form 1040, 1120, 941, etc. and all attachments as originally submitted to the IRS, including Form(s) W-2, schedules, or amended returns. Copies of Forms 1040, 1040A, and 1040EZ are generally available for 7 years from filing before they are destroyed by law. Other returns may be available for a longer period of time. Enter only one return number. If you need more than one type of return, you must complete another Form 4506. ▶ _____

Note: If the copies must be certified for court or administrative proceedings, check here . . . . . . . . . . . . . . . . . ☐

**7** Year or period requested. Enter the ending date of the year or period, using the mm/dd/yyyy format. If you are requesting more than eight years or periods, you must attach another Form 4506.

12/31/2014      12/31/2015      12/31/2016      12/31/2017

12/31/2018      12/31/2019

**8** Fee. There is a $50 fee for each return requested. **Full payment must be included with your request or it will be rejected.** Make your check or money order payable to "United States Treasury." Enter your SSN, ITIN, or EIN and "Form 4506 request" on your check or money order.

**a** Cost for each return . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 50.00
**b** Number of returns requested on line 7 . . . . . . . . . . . . . . . . . . . . . . . . .
**c** Total cost. Multiply line 8a by line 8b . . . . . . . . . . . . . . . . . . . . . . . . . $

**9** If we cannot find the tax return, we will refund the fee. If the refund should go to the third party listed on line 5, check here . . . . . ☐

**Caution:** Do not sign this form unless all applicable lines have been completed.
**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax return requested. If the request applies to a joint return, at least one spouse must sign. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee, or party other than the taxpayer, I certify that I have the authority to execute Form 4506 on behalf of the taxpayer. Note: This form must be received by IRS within 120 days of the signature date.

☐ Signatory attests that he/she has read the attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506. See instructions.

Phone number of taxpayer on line 1a or 2a

**Sign Here**
▶ Signature (see instructions)     Date
▶ Title (if line 1a above is a corporation, partnership, estate, or trust)
▶ Spouse's signature     Date

For Privacy Act and Paperwork Reduction Act Notice, see page 2.      Cat. No. 41721E      Form **4506** (Rev. 3-2019)

Form 4506 (Rev. 3-2019) Page **2**

Section references are to the Internal Revenue Code unless otherwise noted.

## Future Developments

For the latest information about Form 4506 and its instructions, go to *www.irs.gov/form4506*. Information about any recent developments affecting Form 4506, Form 4506-T and Form 4506T-EZ will be posted on that page.

## General Instructions

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Purpose of form.** Use Form 4506 to request a copy of your tax return. You can also designate (on line 5) a third party to receive the tax return.

**How long will it take?** It may take up to 75 calendar days for us to process your request.

**Tip.** Use Form 4506-T, Request for Transcript of Tax Return, to request tax return transcripts, tax account information, W-2 information, 1099 information, verification of nonfiling, and records of account.

**Automated transcript request.** You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Get a Tax Transcript..." or call 1-800-908-9946.

**Where to file.** Attach payment and mail Form 4506 to the address below for the state you lived in, or the state your business was in, when that return was filed. There are two address charts: one for individual returns (Form 1040 series) and one for all other returns.

If you are requesting a return for more than one year or period and the chart below shows two different addresses, send your request to the address based on the address of your most recent return.

### Chart for individual returns (Form 1040 series)

| If you filed an individual return and lived in: | Mail to: |
|---|---|
| Alabama, Kentucky, Louisiana, Mississippi, Tennessee, Texas, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | Internal Revenue Service RAIVS Team Stop 6716 AUSC Austin, TX 73301 |
| Alaska, Arizona, Arkansas, California, Colorado, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Washington, Wisconsin, Wyoming | Internal Revenue Service RAIVS Team Stop 37106 Fresno, CA 93888 |
| Connecticut, Delaware, District of Columbia, Florida, Georgia, Maine, Maryland, Massachusetts, Missouri, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Vermont, Virginia, West Virginia | Internal Revenue Service RAIVS Team Stop 6705 S-2 Kansas City, MO 64999 |

### Chart for all other returns

| If you lived in or your business was in: | Mail to: |
|---|---|
| Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, District of Columbia, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, Wyoming, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | Internal Revenue Service RAIVS Team P.O. Box 9941 Mail Stop 6734 Ogden, UT 84409 |

## Specific Instructions

**Line 1b.** Enter your employer identification number (EIN) if you are requesting a copy of a business return. Otherwise, enter the first social security number (SSN) or your individual taxpayer identification number (ITIN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Line 3.** Enter your current address. If you use a P.O. box, please include it on this line 3.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note:** If the addresses on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address. For a business address, file Form 8822-B, Change of Address or Responsible Party — Business.

**Signature and date.** Form 4506 must be signed and dated by the taxpayer listed on line 1a or 2a. The IRS must receive Form 4506 within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines are completed before signing.

 *You must check the box in the signature area to acknowledge you have the authority to sign and request the information. The form will not be processed and returned to you if the box is unchecked.*

**Individuals.** Copies of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506 exactly as your name appeared on the original return. If you changed your name, also sign your current name.

**Corporations.** Generally, Form 4506 can be signed by: (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer. A bona fide shareholder of record owning 1 percent or more of the outstanding stock of the corporation may submit a Form 4506 but must provide documentation to support the requester's right to receive the information.

**Partnerships.** Generally, Form 4506 can be signed by any person who was a member of the partnership during any part of the tax period requested on line 7.

**All others.** See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Note:** If you are Heir at law, Next of kin, or Beneficiary you must be able to establish a material interest in the estate or trust.

**Documentation.** For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the letters testamentary authorizing an individual to act for an estate.

**Signature by a representative.** A representative can sign Form 4506 for a taxpayer only if this authority has been specifically delegated to the representative on Form 2848, line 5a. Form 2848 showing the delegation must be attached to Form 4506.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested return(s) under the Internal Revenue Code. We need this information to properly identify the return(s) and respond to your request. If you request a copy of a tax return, sections 6103 and 6109 require you to provide this information, including your SSN or EIN, to process your request. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506 will vary depending on individual circumstances. The estimated average time is: **Learning about the law or the form,** 10 min.; **Preparing the form,** 16 min.; and **Copying, assembling, and sending the form to the IRS,** 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506 simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service
Tax Forms and Publications Division
1111 Constitution Ave. NW, IR-6526
Washington, DC 20224

Do not send the form to this address. Instead, see *Where to file* on this page.

| Social Security Administration | Form Approved |
|---|---|
| **Consent for Release of Information** | OMB No. 0960-0566 |

### Instructions for Using this Form

Complete this form only if you want us to give information or records about you, a minor, or a legally incompetent adult, to an individual or group (for example, a doctor or an insurance company). If you are the natural or adoptive parent or legal guardian, acting on behalf of a minor child, you may complete this form to release only the minor's non-medical records. We may charge a fee for providing information unrelated to the administration of a program under the Social Security Act.

**NOTE:** Do not use this form to:

- Request the release of medical records on behalf of a minor child. Instead, visit your local Social Security office or call our toll-free number, 1-800-772-1213 (TTY-1-800-325-0778), or
- Request detailed information about your earnings or employment history. Instead, complete and mail form SSA-7050-F4. You can obtain form SSA-7050-F4 from your local Social Security office or online at www.ssa.gov/online/ssa-7050.pdf.

### How to Complete this Form

We will not honor this form unless all required fields are completed. An asterisk (*) indicates a required field. Also, we will not honor blanket requests for "any and all records" or the "entire file." You must specify the information you are requesting and you must sign and date this form. We may charge a fee to release information for non-program purposes.

- Fill in your name, date of birth, and social security number or the name, date of birth, and social security number of the person to whom the requested information pertains.
- Fill in the name and address of the person or organization where you want us to send the requested information.
- Specify the reason you want us to release the information.
- Check the box next to the type(s) of information you want us to release including the date ranges, where applicable.
- For non-medical information, you, the parent or the legal guardian acting on behalf of a minor child or legally incompetent adult, must sign and date this form and provide a daytime phone number.
- If you are not the individual to whom the requested information pertains, state your relationship to that person. We may require proof of relationship.

### PRIVACY ACT STATEMENT

Section 205(a) of the Social Security Act, as amended, authorizes us to collect the information requested on this form. We will use the information you provide to respond to your request for access to the records we maintain about you or to process your request to release your records to a third party. You do not have to provide the requested information. Your response is voluntary; however, we cannot honor your request to release information or records about you to another person or organization without your consent. We rarely use the information provided on this form for any purpose other than to respond to requests for SSA records information. However, the Privacy Act (5 U.S.C. § 552a(b)) permits us to disclose the information you provide on this form in accordance with approved routine uses, which include but are not limited to the following:

1. To enable an agency or third party to assist Social Security in establishing rights to Social Security benefits and or coverage;
2. To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level;
3. To comply with Federal laws requiring the disclosure of the information from our records; and,
4. To facilitate statistical research, audit, or investigative activities necessary to assure the integrity of SSA programs.

We may also use the information you provide when we match records by computer. Computer matching programs compare our records with those of other Federal, State, or local government agencies. We use information from these matching programs to establish or verify a person's eligibility for Federally-funded or administered benefit programs and for repayment of incorrect payments or overpayments under these programs. Additional information regarding this form, routine uses of information, and other Social Security programs is available on our Internet website, www.socialsecurity.gov, or at your local Social Security office.

### PAPERWORK REDUCTION ACT STATEMENT

This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 3 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE. You can find your local Social Security office through SSA's website at** www.socialsecurity.gov. **Offices are also listed under U.S. Government agencies in your telephone directory or you may call 1-800-772-1213 (TYY 1-800-325-0778).** You may send comments on our time estimate above to: SSA, 6401 Security Blvd., Baltimore, MD 21235-6401. *Send only comments relating to our time estimate to this address, not the completed form.*

**Form SSA-3288** (11-2016) uf
Destroy Prior Editions

Social Security Administration | Form Approved
**Consent for Release of Information** | OMB No. 0960-0566

You must complete all required fields. We will not honor your request unless all required fields are completed. (*Signifies a required field. **Please complete these fields in case we need to contact you about the consent form).

**TO: Social Security Administration**

| *My Full Name | *My Date of Birth (MM/DD/YYYY) | *My Social Security Number |
|---|---|---|

I authorize the Social Security Administration to release information or records about me to:

*NAME OF PERSON OR ORGANIZATION:        *ADDRESS OF PERSON OR ORGANIZATION:

*I want this information released because: _____
We may charge a fee to release information for non-program purposes.

*Please release the following information selected from the list below:
Check at least one box. We will not disclose records unless you include date ranges where applicable.

1. ☐ Verification of Social Security Number
2. ☐ Current monthly Social Security benefit amount
3. ☐ Current monthly Supplemental Security Income payment amount
4. ☐ My benefit or payment amounts from date _____ to date _____
5. ☐ My Medicare entitlement from date _____ to date _____
6. ☐ Medical records from my claims folder(s) from date _____ to date _____
   If you want us to release a minor child's medical records, do not use this form. Instead, contact your local Social Security office.
7. ☐ Complete medical records from my claims folder(s)
8. ☐ Other record(s) from my file (We will not honor a request for "any and all records" or "the entire file." You must specify other records; e.g., consultative exams, award/denial notices, benefit applications, appeals, questionnaires, doctor reports, determinations.)

I am the individual, to whom the requested information or record applies, or the parent or legal guardian of a minor, or the legal guardian of a legally incompetent adult. I declare under penalty of perjury (28 CFR § 16.41(d)(2004) that I have examined all the information on this form and it is true and correct to the best of my knowledge. I understand that anyone who knowingly or willfully seeking or obtaining access to records about another person under false pretenses is punishable by a fine of up to $5,000. I also understand that I must pay all applicable fees for requesting information for a non-program-related purpose.

*Signature: _____                                    *Date: _____
**Address: _____                                    **Daytime Phone: _____
Relationship (if not the subject of the record): _____    **Daytime Phone: _____

Witnesses must sign this form ONLY if the above signature is by mark (X). If signed by mark (X), two witnesses to the signing who know the signee must sign below and provide their full addresses. Please print the signee's name next to the mark (X) on the signature line above.

| 1.Signature of witness | 2.Signature of witness |
|---|---|
| Address(Number and street,City,State, and Zip Code) | Address(Number and street,City,State, and Zip Code) |

**Form SSA-3288** (11-2016) uf

Form **SSA-7050-F4** (03-2019)　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 4
Discontinue Prior Editions
Social Security Administration　　　　　　　　　　　　　　　　　　　　　　　　OMB No. 0960-0525

# REQUEST FOR SOCIAL SECURITY EARNING INFORMATION

*Use This Form If You Need

1. **Certified/Non-Certified Detailed Earnings Information**
   Includes periods of employment or self-employment and the names and addresses of employers.

2. **Certified Yearly Totals of Earnings**
   Includes total earnings for each year but does not include the names and addresses of employers.

> DO NOT USE THIS FORM TO REQUEST YEARLY EARNINGS TOTALS
>
> Yearly earnings totals are free to the public if you do not require certification.
>
> To obtain FREE yearly totals of earnings, visit our website at www.ssa.gov/myaccount.

**Privacy Act Statement**
**Collection and Use of Personal Information**

Section 205 of the Social Security Act, as amended, authorizes us to collect the information on this form. We will use the information you provide to identify your records and send the earnings information you request. Completion of this form is voluntary; however, failure to do so may prevent your request from being processed.

We rarely use the information in your earnings record for any purpose other than for determining your entitlement to Social Security benefits. However, we may use it for the administration and integrity of Social Security programs. We may also disclose information to another person or to another agency in accordance with approved routine uses, which include but are not limited to the following:

1. To enable a third party or an agency to assist Social Security in establishing rights to Social Security benefits and/or coverage;
2. To comply with Federal laws requiring the release of information from Social Security records (e.g., to the Government Accountability Office and Department of Veterans' Affairs);
3. To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level; and,
4. To facilitate statistical research, audit, or investigative activities necessary to assure the integrity and improvement of Social Security programs.

A complete list of routine uses for earnings information is available in our Systems of Records Notices entitled, the Earnings Recording and Self-Employment Income System (60-0059), the Master Beneficiary Record (60-0090), and the SSA-Initiated Personal Earnings and Benefit Estimate Statement (60-0224). In addition, you may choose to pay for the earnings information you requested with a credit card. 31 C.F.R. Part 206 specifically authorizes us to collect credit card information. The information you provide about your credit card is voluntary. Providing payment information is only necessary if you are making payment by credit card. You do not need to fill out the credit card information if you choose another means of payment (for example, by check or money order). If you choose the credit card payment option, we will provide the information you give us to the banks handling your credit card account and the Social Security Administration's (SSA) account.

Routine uses applicable to credit card information, include but are not limited to: (1) to enable a third party or an agency to assist Social Security to effect a salary or an administrative offset or to an agent of SSA that is a consumer reporting agency for preparation of a commercial credit report in accordance with 31 U.S.C. §§ 3711, 3717, and 3718; and (2) to a consumer reporting agency or debt collection agent to aid in the collection of outstanding debts to the Federal Government. A complete list of routine uses for credit card information is available in our System of Records Notice entitled, the Financial Transactions of SSA Accounting and Finance Offices (60-0231). The notice, additional information regarding this form, routine uses of information, and our programs and systems is available on-line at www.socialsecurity.gov or at your local Social Security office.

**Paperwork Reduction Act Statement -** This information collection meets the requirements of 44 U.S.C. § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 11 minutes to read the instructions, gather the facts, and answer the questions. ***Send only comments relating to our time estimate above to:*** SSA, 6401 Security Blvd, Baltimore, MD 21235-6401.

Form SSA-7050-F4 (03-2019)                                                                 Page 2 of 4

# REQUEST FOR SOCIAL SECURITY EARNING INFORMATION

1. Provide your name as it appears on your most recent Social Security card or the name of the individual whose earnings you are requesting.

First Name: [                ]     Middle Initial: [ ]

Last Name: [                ]

Social Security Number (SSN) [   ] [  ] [    ]   One SSN per request

Date of Birth:                          Date of Death:

Other Name(s) Used
Maiden Name)

2. What kind of earnings information do you need? (Choose **ONE** of the following types of earnings or SSA must return this request.)

☐ **Itemized Statement of Earnings $91.00**     Year(s) Requested: [    ] to [    ]
   (Includes the names and addresses of employers)
   If you check this box, tell us why you need this     Year(s) Requested: [    ] to [    ]
   information below.

   ☐ Check this box if you want the earnings information **CERTIFIED** for an additional $34.00 fee.

☐ **Certified Yearly Totals of Earnings $34.00**     Year(s) Requested: [    ] to [    ]
   (Does not include the names and addresses of
   employers) Yearly earnings totals are FREE to the public if you     Year(s) Requested: [    ] to [    ]
   do not require certification. To obtain FREE yearly totals of
   earnings, visit our website at www.ssa.gov/myaccount.

3. If you would like this information **sent to someone else**, please fill in the information below.
   I authorize the Social Security Administration to release the earnings information to:

Name

Address                                                                            | State

City                                                                | ZIP Code

4. I am the individual to whom the record pertains (or a person authorized to sign on behalf of that individual). I understand that any false representation to knowingly and willfully obtain information from Social Security records is punishable by a fine of not more than $5,000 or one year in prison.

| **Signature AND Printed Name of Individual or Legal Guardian** | *SSA must receive this form within 120 days from the date signed* |
|---|---|
| | Date |
| Relationship (if applicable, you must attach proof) | Daytime Phone: |
| Address | State |
| City | ZIP Code |

Witnesses must sign this form ONLY if the above signature is by marked (X). If signed by mark (X), two witnesses to the signing who know the signee must sign below and provide their full addresses. Please print the signee's name next to the mark (X) on the signature line above.

| 1. Signature of Witness | 2. Signature of Witness |
|---|---|
| Address *(Number and Street, City, State and ZIP Code)* | Address *(Number and Street, City, State and ZIP Code)* |
| | |