UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| BRANDON VERRETT,<br>Individually and on behalf<br>of all others similarly situated<br><br>*Plaintiff*,<br><br>v.<br><br>PELICAN WASTE AND DEBRIS, LLC<br><br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 2:20-cv-01035-GGG-KWR |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**TO THE HONORABLE PRESIDING JUDGE:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate to the dismissal of the above-styled and numbered cause with prejudice, with each party to bear their own attorneys' fees and court costs.

Wherefore, Plaintiffs Brandon Verrett, Sandra Green, Alvin Coleman and Erin Jones and Defendant Pelican Waste and Debris, LLC respectfully request that the Court enter an order of dismissal with prejudice, with each party to bear their own court costs and attorneys' fees.

Date: July 27, 2021  Respectfully submitted,

**ANDERSON ALEXANDER, PLLC**

By: /s/ *Clif Alexander*
**Clif Alexander** (*Admitted Pro Hac Vice*)
Texas Bar No. 24064805
clif@a2xlaw.com
**Austin W. Anderson** (*Admitted Pro Hac Vice*)
Texas Bar No. 24045189
austin@a2xlaw.com
**Lauren E. Braddy** (*Admitted Pro Hac Vice*)
Texas Bar No. 24071993
lauren@a2xlaw.com
819 N. Upper Broadway
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284

**BOHRER BRADY, LLC**

By: /s/ *Philip Bohrer*
**Philip Bohrer (#14089)**
phil@bohrerbrady.com
8712 Jefferson Highway, Suite B
Baton Rouge, Louisiana 70809
Telephone: (225) 925-5297
Facsimile: (225) 231-7000

*Attorneys for Plaintiffs*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: /s/ *Thomas J. Cortazzo*
Thomas J. Cortazzo, T.A. (#18174)
Michael Thompson (NJ Bar #3722000)
Caroline J. Sanches (#37295)
400 Poydras Street, Suite 1300
New Orleans, LA 70130
Telephone: 504-322-4100
Facsimile: 504-754-7569

*Attorneys for Defendant Pelican Waste and Debris, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2021, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Louisiana, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                         /s/ *Clif Alexander*
                                                         Clif Alexander