UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRANDON VERRETT | CIVIL ACTION |
| VERSUS | NO: 20-01035 |
| PELICAN WASTE and DEBRIS, LLC | SECTION: T (4) |

## ORDER

The Court having considered the Joint Stipulation of Dismissal with Prejudice filed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure by Plaintiffs Brandon Verrett, Sandra Green, Alvin Coleman, Jr., and Erin Jones, and Defendant Pelican Waste and Debris, LLC, (R. Doc. 108), in which the parties stipulate to the dismissal of the above-styled and numbered cause with prejudice, with each party to bear their own attorneys' fees and court costs, and further request that the Court so order,

**IT IS ORDERED** that the case is DISMISSED WITH PREJUDICE, with each party to bear their own court costs and attorneys' fees.

New Orleans, Louisiana, this 27th day of July 2021.

GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE